AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARRELL E. YOUNGER,

Plaintiff,

v.

THOMAS N. DAVIS, JR., and STATE OF GEORGIA,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-60

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated September 4, 2024, the Court dismisses this case without prejudice.

The Court also denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 5, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020